# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MURPHY PAINTER

NO. 2021 CW 0275

VERSUS

RICKY BABIN, DISTRICT
ATTORNEY

**MAY 10, 2021**

In Re:  Murphy Painter, Sr., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 128107.

**BEFORE:  McDONALD, THERIOT, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's February 22, 2021 order which denied Murphy J. Painter, Sr.'s "Motion to Recuse and to Request Appointment of Judge Ad Hoc" is vacated. We remand this matter to the trial court for referral to another judge through the random process of assignment to consider and rule on the motion to recuse. See La. Code Civ. P. arts. 151(A)(4) & 155 (B).

**JMM**
**MRT**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT